IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| **BNSF RAILWAY COMPANY,** a Delaware Corporation, | ) ) ) | Cause No. 6:23-cv-00043-BMM |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) ) | |
| **SARAH SWANSON,** in her official capacity as Commissioner of Montana Department of Labor & Industry, | ) ) ) ) ) | |
| Defendant. | ) | |

Upon the Joint Motion to Vacate Deadlines, and with good cause shown,

**IT IS HEREBY ORDERED** that all deadlines and hearings with exception to the December 2, 2024 motion hearing are VACATED.

DATED this 12th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Courts

1